UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

        Plaintiff,

    v.

CMF WARDEN, et al.,

        Defendants.

No. 2:17-cv-1335 AC P

ORDER

This civil rights action was closed on October 11, 2017. ECF No. 10. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will be issued in response to future filings.

DATED: October 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE